UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

SHANTELL PITTS,

    Plaintiff,

vs.

CAPITAL ONE FINANCIAL
CORPORATION, *et al.*,

    Defendants.

Case No. 3:24-cv-47

District Judge Michael J. Newman
Magistrate Judge Caroline H. Gentry

---

**ORDER: (1) GRANTING DEFENDANTS' MOTION FOR JOINDER IN PROPOSED INTERVENORS' MOTION TO INTERVENE AND STAY PROCEEDINGS (Doc. No. 7); (2) GRANTING THE PROPOSED INTERVENORS' MOTION TO INTERVENE AND STAY PROCEEDINGS (Doc. No. 6); (3) STAYING THE INSTANT CASE; AND (4) REQUIRING THE PARTIES TO FILE A JOINT STATUS REPORT EVERY 60 DAYS BEGINNING ON JULY 22, 2024 AND CONTINUING THEREAFTER**

---

For good cause shown, and in the absence of opposition by Plaintiff,[1] *see* Doc. No. 13, the Court: (1) **GRANTS** Defendants' motion for joinder in the proposed Intervenors' motion to intervene and stay proceedings (Doc. No. 7); (2) **GRANTS** the proposed Intervenors' motion to intervene and stay proceedings (Doc. No. 6) pursuant to Fed. R. Civ. P. 24; and (3) **STAYS** the instant case.

Additionally, the Court **ORDERS** the parties to **FILE** a joint status report every 60 days beginning **on July 22, 2024**, and continuing thereafter, concerning the related cases including, but not limited to, any related proceedings before the Judicial Panel on Multidistrict Litigation.

**IT IS SO ORDERED.**

May 22, 2024

s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge

---

[1] Plaintiff has not responded to or opposed Defendants' motion for joinder in the proposed Intervenors' motion to intervene and stay proceedings (Doc. No. 7), and the time for doing so has expired. *See* S.D. Ohio Civ. R. 7.2(a)(2).